**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-2086**

———————

JOSEPH WOJCICKI,

             Plaintiff - Appellant,

      v.

AIKEN TECHNICAL COLLEGE; SUSAN A. WINSOR, ex Graham ATC
president; WILLIAM TILT, Associate Vice President of
Technical Education; THOMAS DESROCHER, Program Coordinator;
LEE POWELL, Human Resources Director,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  Margaret B. Seymour, Chief District
Judge.  (1:06-cv-00461-MBS)

———————

Submitted:  December 20, 2012      Decided:  December 26, 2012

———————

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Joseph Wojcicki, Appellant Pro Se.  Charles J. Boykin, Kimberly
Ann Gertner, BOYKIN & DAVIS, LLC, Columbia, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Wojcicki appeals the district court's orders adopting the magistrate judge's recommendation to grant Defendants' motion for summary judgment and to dismiss his employment discrimination complaint, and denying Wojcicki's motions for relief from that judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wojcicki v. Aiken Technical Coll., No. 1:06-cv-00461-MBS (D.S.C. filed Sept. 30, 2011 & entered Oct. 3, 2011; Aug. 21, 2012). We deny Wojcicki's motion to add three new defendants to this action. Out of an abundance of caution, though, we grant Wojcicki's motion to seal the documents filed in this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2